1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  MY-LINH HUANG
   Certified Law Clerk
4  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
5  Fresno, California 93721
   Telephone (559) 497-4000

FILED
MAY 25 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:10-CR-16 JLT |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 704(b) and (c) False Claim of Award of Military Decorations and Medals; 18 U.S.C. § 498 - Falsely Altering Military Discharge Certificates |
| v. | |
| WILLIAM LEANDER WENZEL JR. | |
| Defendant. | [Class A Misdemeanors] |

**I N F O R M A T I O N**

COUNT ONE:     [18 U.S.C. § 704(b) and (c) False Claim of Award of Military Decorations and Medals]

The United States Attorney charges: T H A T

WILLIAM LEANDER WENZEL, JR.,

defendant herein, on or about January 2008, through on or about December 2009, in the State and Eastern District of California, did knowingly wear a decoration and medal authorized by Congress for the armed forces of the United States, or any colorable imitation

1 | thereof, to wit: a National Defense Service Medal, Vietnamese Service
2 | Medal, Combat Action Ribbon, Silver Star, Bronze Star, Purple Heart,
3 | and an Expeditionalry Medal, knowing that he was not bestowed such
4 | decoration and medal under regulations made pursuant to law, all in
5 | violation of Title 18, United States Code, Sections 704(b) and (c).
6 | COUNT TWO:   [18 U.S.C. § 498 - Falsely Altering Military Discharge Certificates]
7 |
8 | The United States Attorney further charges:  T H A T
9 | WILLIAM LEANDER WENZEL, JR.,
10 | defendant herein, on or about January 2008, through on or about
11 | December 2009, in the State and Eastern District of California, did
12 | falsely alter a certificate of discharge from the military of the
13 | United States and used, possessed, or exhibited such certificate,
14 | knowing the same to be falsely altered, in violation of Title 18,
15 | United States Code, Section 498.

BENJAMIN B. WAGNER
United States Attorney

DATED: May 25, 2010    By  _____
LAUREL J. MONTOYA
Assistant U.S. Attorney

## PENALTY SLIP

**DEFENDANT:**   WENZEL, WILLIAM LEANDER

**VIOLATIONS:**   18 U.S.C. § 704(b) and (c) False Claim of Award of Military Decorations and Medals (Count 1)

18 U.S.C. § 498 - Falsely Altering Military Discharge Certificates (Count 2)

**PENALTIES:**   **(as to each count)**

- (a) Imprisonment.
  Maximum: One (1) year

- (b) Fine.
  Maximum: One Hundred Thousand ($100,000)

- (c) Both Fine and Imprisonment.

- (d) Special Assessment.
  Mandatory: Twenty Five ($25)